MICHAEL ZORKIN (Bar No. CA 313308)
Email: mz@thezorkinfirm.com
THE ZORKIN FIRM
6320 Canoga Ave., 15th Floor
Woodland Hills, California 91367
Telephone: 323.493.8075

Attorneys for Appellee Putative Partner of Alleged Debtor
Alexander Sabadash

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Itkin & Sabadash,<br><br>Debtor, | No. 2:26-cv-10476-JFW<br><br>Hon. John F. Walter<br><br>Bankruptcy Case No. 2:25-bk-11235-NB<br>Chapter 7<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

# DECLARATION OF MICHAEL ZORKIN

I, Michael Zorkin, declare as follows:

1. I am an attorney and counsel of record for Putative Partner of Alleged Debtor Alexander Sabadash. I have personal knowledge of the following facts, and if called as a witness in this action, I could and would testify competently thereto.

2. I am the lead trial counsel in this case.

3. I have registered as a CM/ECF User.

4. My email address of record is mz@thezorkinfirm.com.

5. I have read the Court's Standing Order and the Local Rules of the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 23, 2026.

/s/ Michael Zorkin
Michael Zork